E-FILED
AUG 2 6 2019
Document #

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTI MACKEY, <br><br> Plaintiff, <br><br> v. <br><br> WASHINGTON MUTUAL BANK F.A., WASHINGTON MUTUAL BANK, JPMORGAN CHASE BANK N.A., JP MORGAN CHASE BANK MILWAUKIE, FIRST AMERICAN TITLE INS. CO., QUALITY LOAN SERVICE CORP., CYNTHIA A. RILEY, NATIONWIDE TITLE CLEARING, INC., E.LANCE, MARQUITHA WILLIAMS, EVA REESE, and DOES 1 through 20, inclusive, <br><br> Defendants. | CASE NO.: 2:18-cv-09048 PSG (FFMx) <br><br> [PROPOSED] JUDGMENT OF DISMISSAL <br><br> ACTION FILED: August 16, 2018 |

**TO THE PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Having granted the motion of defendants JPMorgan Chase Bank, N.A., for itself and as acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation as Receiver for Washington Mutual Bank,

sued herein as JPMorgan Chase Bank, N.A., Chase Milwaukie, Washington Mutual Bank, F.A., and Washington Mutual Bank, Cynthia A. Riley, Marquitha Williams, and Eva Reese (collectively "Defendants") to dismiss the action of plaintiff Marti Mackey ("Plaintiff") pursuant to Rule 12(b)(6) of Federal Rules of Civil Procedure, without leave to amend, the Court hereby ORDERS, ADJUDGES AND DECREES:

1. The action is dismissed in its entirety with prejudice as to Defendants.
2. Judgment is entered in favor of Defendants and against Plaintiff.
3. Defendants are entitled to the costs of suit herein.

IT IS SO ORDERED.

Dated: 8/24/15

Hon. Philip S. Gutierrez
United States District Court Judge